**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY FENG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 16-1951(RJL) |
| ) | |
| CNS GLOBAL ADVISORS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Mary Feng, by and through her undersigned counsel, hereby gives notice that she is voluntarily dismissing her complaint, Civil Case No. 16-1951(RJL), with prejudice as authorized by Federal Rule of Civil Procedure 41(a)(1)(A)(i).

                              Respectfully submitted,

                              /s/ Ari M. Wilkenfeld
                              Ari M. Wilkenfeld
                              Wilkenfeld, Herendeen & Atkinson
                              1731 Connecticut Ave NW
                              Third Floor
                              Washington, DC 20009
                              (202)765-2253
                              ari@wilkenfeldherendeen.com